```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION


EULA W. RIVERS,                  *
                                 *
     Plaintiff,                  *
                                 *
vs.                              *   CIVIL ACTION 11-00365-B
                                 *
MICHAEL J. ASTRUE,               *
Commissioner of Social Security, *
                                 *
     Defendant.                  *
```

**JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income, be **AFFIRMED.**

**DONE** this **28th** day of **September, 2012.**

　　　　　　　　　　　　　　　　　　/s/ SONJA F. BIVINS　　
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE